FILED
2013 Oct-18 AM 09:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOSEPH ANTHONY DANIEL,** | } |
| **Plaintiff,** | } |
| v. | }  Case No.: 4:13-CV-01266-RDP-TMP |
| **CHIEF SCOTT HASSEL, and IMMIGRATION AND CUSTOMS ENFORCEMENT,** | } |
| **Defendants.** | } |

## ORDER

On September 30, 2013, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed by either party.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**DONE** and **ORDERED** this    18th    day of October, 2013.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE